IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH STANISLOV KALUZA,** | : |
| Petitioner, | : |
| vs. | :    **CV NO. 06-0809-CG-C** |
| **ALBERTO GONZALES, etc., et al.,** | : |
| Respondents. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, without prejudice, as prematurely filed.

**DONE and ORDERED** this 29th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE